# United States Bankruptcy Court
## District of Nevada

Case No. **10–18680–lbr**

Chapter 7

In re: (Name of Debtor)
  EDMUNDO BINI                                    MARY BINI
  130 SKYTOP DR                                  130 SKYTOP DR
  HENDERSON, NV 89015                  HENDERSON, NV 89015

Social Security No.:
  xxx–xx–6430                                        xxx–xx–3475

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 8/23/10                                    BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court